## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BIG SANDY HOLDING COMPANY | ) | Case No. 12-30138 MER |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KENNETH L. TEPPER, in his capacity as | ) | Adversary No.14-1489 MER |
| Plan Administrator of Big Sandy Holding | ) | |
| Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DAN ALLEN, MICHAEL LIGGETT, | ) | |
| HENRY BRALEY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR  WITHDRAWAL OF  THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on12/22/2014 and the relevant responses and replies thereto, if any.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: March 17, 2015

BY THE COURT:

_____
United States Bankruptcy Court Judge